NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT



DAVID BILLS, DOC #H45242,          )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No.  2D18-546
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed November 30, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

David Bills, pro se.


PER CURIAM.

            Affirmed.



LaROSE, C.J., and SILBERMAN and LUCAS, JJ., Concur.